1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorney for Defendant
   MICHAEL SHAMROCK

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:06-cr-0510 WBS
                                )
14              Plaintiff,      )
                                ) STIPULATION AND [PROPOSED] ORDER
15     v.                       ) VACATING DATE, CONTINUING CASE
                                ) AND EXCLUDING TIME
16 MICHAEL SHAMROCK,            )
                                )
17              Defendant.      ) Date:  February 5, 2007
                                ) Time:  8:30 a.m.
18 _____) Judge: Hon. William B. Shubb

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23 conference scheduled for February 5, 2007, be vacated and the case

24 continued until February 26, 2007, at 8:30 a.m. for further status

25 conference.  This continuance is sought to permit further discussions

26 expected to result in resolution of the above case without trial.

27     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28 Trial Act be excluded from the filing of this stipulation until

1  February 26, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
2  Local Code T-4, defense preparation.
3      **IT IS SO STIPULATED**.
4
5  Dated:  February 2, 2007      /S/ Jason Hitt
                                          Jason Hitt
6                                            Assistant U.S. Attorney
                                          Counsel for Plaintiff
7
8  Dated:  February 2, 2007      /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
9                                            Assistant Federal Defender
                                          Attorney for Defendant
10                                           JORGE FIGUEROA-BANUELOS
11
12
13                             **O R D E R**
14     **IT IS SO ORDERED**.
15                By the Court,
16
17 Dated:  February 5, 2007
18                           WILLIAM B. SHUBB
19                           UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

Stipulation & Order                        -2-