```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL SHAMROCK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0510 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | VACATING DATE, CONTINUING CASE |
| | ) | AND EXCLUDING TIME |
| MICHAEL SHAMROCK, | ) | |
| | ) | |
| Defendant. | ) | Date:  February 26, 2007 |
| | ) | Time:  8:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Executive Assistant United States Attorney Carolyn Delaney, acting for Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for February 26, 2007, be vacated and the case continued until March 26, 2007, at 8:30 a.m. for further status conference.  This continuance is sought to permit the continuation of on-going discussions and related investigation expected to result in resolution of the above case without trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until March 26, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated:  February 23, 2007          /S/ Carolyn Delaney for Jason Hitt
                                   Jason Hitt
                                   Assistant U.S. Attorney
                                   Counsel for Plaintiff

Dated:  February 23, 2007          /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   MICHAEL SHAMROCK

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  February 26, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                -2-