```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  MICHAEL SHAMROCK

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:06-cr-0510 WBS
                                 )
14              Plaintiff,       )
                                 ) STIPULATION AND [PROPOSED] ORDER
15      v.                       ) VACATING DATE, CONTINUING CASE
                                 ) AND EXCLUDING TIME
16  MICHAEL SHAMROCK,            )
                                 )
17              Defendant.       ) Date:  March 26, 2007
                                 ) Time:  8:30 a.m.
18  _____) Judge: Hon. William B. Shubb

19
```

20    **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status
23 conference scheduled for March 26, 2007, be vacated and the case
24 continued until April 23, 2007, at 8:30 a.m. for further status
25 conference.  This continuance is sought to permit the continuation of
26 on-going discussions and related investigation expected to result in
27 resolution of the above case without trial.
28    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until April 23, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated:  March 23, 2007        /S/ Jason Hitt
                              Jason Hitt
                              Assistant U.S. Attorney
                              Counsel for Plaintiff

Dated:  March 23, 2007        /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              MICHAEL SHAMROCK

**O R D E R**

**IT IS SO ORDERED.**

               By the Court,

Dated:  March 23, 2007

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

Stipulation & Order                        -2-