1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

7  Attorney for Defendant
   MICHAEL SHAMROCK

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:06-cr-0510 WBS
                                  )
14             Plaintiff,         )
                                  ) STIPULATION AND [~~PROPOSED~~] ORDER
15     v.                         ) VACATING DATE, CONTINUING CASE
                                  ) AND EXCLUDING TIME
16 MICHAEL SHAMROCK,              )
                                  )
17             Defendant.         ) Date:  April 23, 2007
                                  ) Time:  8:30 a.m.
18 _____ ) Judge: Hon. William B. Shubb

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23 conference scheduled for April 23, 2007, be vacated and the case

24 continued until April 30, 2007, at 8:30 a.m. for further status

25 conference and possible change of plea.  This continuance is sought to

26 permit consultation with the government and with Mr. Shamrock

27 concerning sentencing factors and possible resolution of the case.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until April 30, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**


Dated:  April 20, 2007            /S/ Jason Hitt
                                  Jason Hitt
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff


Dated:  April 20, 2007            /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MICHAEL SHAMROCK



**O R D E R**

**IT IS SO ORDERED.**

                    By the Court,


Dated:  April 20, 2007


                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

Stipulation & Order            -2-