1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  MICHAEL SHAMROCK

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:06-cr-0510 WBS
                                )
14            Plaintiff,        )
                                ) STIPULATION AND [PROPOSED] ORDER
15    v.                        ) VACATING DATE, CONTINUING CASE
                                ) AND EXCLUDING TIME
16 MICHAEL SHAMROCK,            )
                                )
17            Defendant.        ) Date: April 23, 2007
                                ) Time: 8:30 a.m.
18 _____) Judge: Hon. William B. Shubb

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status
23 conference scheduled for April 30, 2007, be vacated and the case
24 continued until May 21, 2007, at 8:30 a.m. for further status
25 conference and possible change of plea.  This continuance is sought to
26 permit receipt and consideration of a proposed plea agreement to be
27 made available by April 30, 2007.
28     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until May 21,
2  2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4,
3  defense preparation.

    **IT IS SO STIPULATED.**

Dated:  April 26, 2007                /S/ Jason Hitt
                                      Jason Hitt
                                      Assistant U.S. Attorney
                                      Counsel for Plaintiff

Dated:  April 26, 2007                /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MICHAEL SHAMROCK


                              **O R D E R**

    **IT IS SO ORDERED.**

                By the Court,

Dated:  April 27, 2007

                       _____
                       WILLIAM B. SHUBB
                       UNITED STATES DISTRICT JUDGE


Stipulation & Order                       -2-