```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  MICHAEL SHAMROCK

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:06-cr-0510 WBS
                                 )
14            Plaintiff,         )
                                 )  STIPULATION AND [PROPOSED] ORDER
15      v.                       )  VACATING DATE, CONTINUING CASE
                                 )  AND EXCLUDING TIME
16  MICHAEL SHAMROCK,            )
                                 )
17            Defendant.         )  Date:  May 21, 2007
                                 )  Time:  8:30 a.m.
18  _____)  Judge: Hon. William B. Shubb

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for May 21, 2007, be vacated and the case continued until June 11, 2007, at 8:30 a.m. for further status conference and possible change of plea.  This continuance is sought to permit receipt and consideration of a proposed plea agreement which the government has not yet finalized.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until June
2  11, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
3  T-4, defense preparation.
4      **IT IS SO STIPULATED.**

6  Dated:  May 18, 2007                /S/ Jason Hitt
                                        Jason Hitt
7                                       Assistant U.S. Attorney
                                        Counsel for Plaintiff

9  Dated:  May 18, 2007                /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
10                                      Assistant Federal Defender
                                        Attorney for Defendant
11                                      MICHAEL SHAMROCK

**O R D E R**

   **IT IS SO ORDERED.**
            By the Court,

Dated:  May 18, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                -2-