DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL SHAMROCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL SHAMROCK,<br><br>        Defendant.<br>_____ | No. 2:06-cr-0510 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date:    June 11, 2007<br>Time:    8:30 a.m.<br>Judge:   Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for June 11, 2007, be vacated and the case continued until June 25, 2007, at 8:30 a.m. for further status conference and possible change of plea. This continuance is sought to permit evaluation by the government of a proposed basis for resolution of the case and receipt and consideration of a proposed plea agreement which the government has not yet finalized.

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act be excluded from the filing of this stipulation until June
3  25, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
4  T-4, defense preparation.

   **IT IS SO STIPULATED**.

Dated:  June 8, 2007                  /S/ Jason Hitt
                                      Jason Hitt
                                      Assistant U.S. Attorney
                                      Counsel for Plaintiff

Dated: June 8, 2007                   /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MICHAEL SHAMROCK


                            **O R D E R**

   **IT IS SO ORDERED**.

                By the Court,


Dated:  June 9, 2007

                        _William V. Shubb_
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE


Stipulation & Order                    -2-