```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL SHAMROCK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0510 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE AND |
| ) | EXCLUDING TIME |
| MICHAEL SHAMROCK, ) | |
| Defendant. ) | Date:   July 23, 2007 |
| ) | Time:   8:30 a.m. |
| _____ ) | Judge:  Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for July 23, 2007, be vacated and the case continued until August 13, 2007, at 8:30 a.m. for further status conference and possible change of plea. This continuance is sought to resolve an issue with respect to an partially agreed to term of a proposed plea agreement. The date of August 13, 2007, is requested due to the unavailability of defense counsel who will be out of the country

1 between July 26, 2007, and August 6, 2007.

2 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3 Trial Act be excluded from the filing of this stipulation until August
4 13, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
5 T-4, defense preparation and continuity of counsel.

6 **IT IS SO STIPULATED.**

7

8 Dated: July 20, 2007           /S/ Jason Hitt
                                  Jason Hitt
9                                 Assistant U.S. Attorney
                                  Counsel for Plaintiff
10

11 Dated: July 20, 2007           /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
12                                Assistant Federal Defender
                                  Attorney for Defendant
13                                MICHAEL SHAMROCK

14

15
                            **O R D E R**
16
   **IT IS SO ORDERED.**
17
               By the Court,
18

19
Dated:  July 22, 2007
20

21                        _____
                          WILLIAM B. SHUBB
22                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation & Order              -2-