1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  MICHAEL SHAMROCK

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:06-cr-0510 WBS
                                 )
14                  Plaintiff,   ) STIPULATION AND [~~PROPOSED~~] ORDER
                                 ) SEALING PLEA AGREEMENT, RE-
15         v.                    ) DESIGNATING DOCKET ENTRY 31, AND
                                 ) ORDERING THAT THIS ORDER BE FILED
16  MICHAEL SHAMROCK,            ) UNDER SEAL.
                                 )
17                  Defendant.   ) Date:  August 13, 2007
                                 ) Time:  8:30 a.m.
18  _____ ) Judge: Hon. William B. Shubb

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal

22  Defender Jeffrey L. Staniels, Counsel for Defendant, that the plea

23  agreement filed on August 28, 2007, as CR 31, be filed under seal, that

24  the public docket entry be redesignated as "Sealed Event" and that this

25  court's order, assuming that the court enters it, be designated in the

26  public dockets as a "Sealed Event."

27  / / / /

28  / / / /

1      This request is made in light of the provisions of the plea
2  agreement regarding cooperation with the government.

3      **IT IS SO STIPULATED.**

4

5  Dated: August 29, 2007       /S/ Jason Hitt
6                         Jason Hitt
                         Assistant U.S. Attorney
7                         Counsel for Plaintiff

8  Dated: August 29, 2007       /S/ Jeffrey L. Staniels
9                         JEFFREY L. STANIELS
                         Assistant Federal Defender
10                        Attorney for Defendant
                         MICHAEL SHAMROCK

11

12                        **O R D E R**

13      **IT IS SO ORDERED.**

14

15                 By the Court,

16

17  Dated:  August 29, 2007

18                   WILLIAM B. SHUBB
19                   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28