```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  MICHAEL SHAMROCK

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:06-cr-0510 WBS
                                 )
14             Plaintiff,        )
                                 ) STIPULATION AND [PROPOSED] ORDER
15      v.                       ) VACATING DATE, CONTINUING CASE
                                 ) AND EXCLUDING TIME
16  MICHAEL SHAMROCK,            )
                                 )
17             Defendant.        ) Date:  January 28, 2008
                                 ) Time:  8:30 a.m.
18  _____) Judge: Hon. William B. Shubb

19
```

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Jason Hitt, Counsel for Plaintiff, and Assistant Federal

22  Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23  conference scheduled for January 25, 2008, be vacated and the case

24  continued until February 4, 2008, at 8:30 a.m. for further status

25  conference and possible change of plea.  This continuance is sought to

26  permit time given government counsel's trial prep and trial schedule to

27  / / / /

28  / / / /

finalize a recommendation as to the appropriate sentence in light of discussions between counsel concerning that sentencing factor.

**IT IS SO STIPULATED.**

Dated: January 25, 2008          /S/ Jason Hitt
                                 Jason Hitt
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff

Dated: January 25, 2008          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MICHAEL SHAMROCK

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  January 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE